JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN ZHAO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, Director of United States Citizenship & Immigration Services, <br><br> Defendant. | Case No. CV 24-0172 FMO (MRWx) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 29th day of March, 2024.

/s/
Fernando M. Olguin
United States District Judge